IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| TYLER B. TOWNSLEY, | § |
| | § No. 504, 2016 |
| Defendant Below, | § |
| Appellant, | § Court Below—Superior Court |
| | § of the State of Delaware |
| v. | § |
| | § Cr. ID No. 1202016886 |
| STATE OF DELAWARE, | § |
| | § |
| Plaintiff Below, | § |
| Appellee. | § |

Submitted: February 21, 2017
Decided: February 24, 2017

## ORDER

This 24th day of February 2017, it appears to the Court that, on February 1, 2017, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix in this matter on or before January 20, 2017 and for his failure to pay the Supreme Court filing fee. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_James T. Vaughn_
Justice